## Theodore L. Meyer, Appellant, v. Tom Dimas, Appellee.

**Gen. No. 46,250.**

Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 22, 1954; released for publication July 9, 1954.